March 26, 2026

The Honorable Jane M. Beckering
United States District Judge
U.S. District Court for the Western District of Michigan
110 Michigan Street NW
Grand Rapids, Michigan 49503

Re: Sentencing - Erich Zeeb

Your Honor,

Before beginning, I want to acknowledge the victim and her family, as well as all the other individuals directly and indirectly involved in this situation. I can only imagine the suffering they've experienced over the years and throughout this entire ordeal.

This letter is intended to lend some additional perspective on behalf of my brother, Erich Zeeb. It is in no way meant to justify his actions, downplay the seriousness of these charges, or minimize anyone's experiences.

I've known Erich longer than any human alive. We were born 18-months apart, nearly 50 years ago. Our parents separated when I was in the 3rd grade and officially divorced 2 years later. After the divorce was made official, our father moved the three of us to Texas, separating Erich and myself from our mother and younger sister who stayed behind in Ohio. From that point forward, Erich and I spent nearly every single day together, until his junior year of high school. Most of the time, it was just the two of us on our own.

Our father, amazing as he was, developed a drinking problem following the divorce. Combined with his work schedule, Erich and I were largely on our own as two middle school kids in a new town far away from all our family. During these formative years of our lives, I depended on him daily. Not just as someone to keep me company – he made our meals, did our laundry, walked me home after practice, and more generally, kept us out of trouble the 18-hours a day we were left alone.

While this experienced pushed me to be more independent, it pushed Erich deeper towards family, but it also left him with an undercurrent of insecurity. Family was critical to him, yet fragile at the same time; the people that love you most, can also hurt you just as much. Not wanting to get hurt by the people closest to him, Erich is often the one to end things first – partially out of maintaining a sense of control but also out of fear of being hurt.

Fortunately, Erich is fully aware of his shortcomings. That hasn't made them any easier to mend. I've accompanied him to therapy on several occasions and witnessed his evolution over the 50 years I've known him. While he made progress, by far the single best thing that ever happened to him was the birth of his son, Atlas Zeeb.

I don't believe Erich ever expected to be a father, but that experience has acted as a catalyst for his own healing. He has never loved another person as much as he loves his son, Atlas. Since his incarceration, Erich has messaged me about Atlas nearly every single day. He is beyond disappointed in himself for letting Atlas down. He knows he has failed himself, the people closest to him, and most of all, his son.

Erich is desperate to do the hard work required to change. He wants to prove himself capable of being a safe, reliable father and a positive example for Atlas in the future. He understands the gravity of what he needs to do to achieve that and I believe he has that within himself.

I ask the courts for mercy for Erich. He is a friend. He is a brother. Most of all, he is a father who loves his son very much and would do anything to "right" this situation. I will continue to support him throughout this process, using every resource in my power to ensure Erich gets the love and professional support he needs.

Thank you, Your Honor, for taking the time to read this letter and for considering my perspective on my brother's behalf.

Sincerely,
Aaron Zeeb

March 26, 2026

The Honorable Jane M. Beckering
United States District Judge
U.S. District Court for the Western District of Michigan
110 Michigan Street NW
Grand Rapids, Michigan 49503

Re: Erich Zeeb - Sentencing

Your Honor,

I have rewritten this letter many times because nothing about this feels simple or easy to explain. I know how serious this situation is, and I respect the weight of what is in front of you. I'm not writing to challenge that… just to share who my brother is to me and what all of this has meant for our family.

Erich is my oldest brother, and for most of my life he's been someone I felt protected by, even in quiet ways. We weren't always in the same place as adults, but that never changed how I saw him, someone who showed up for the people in his life he loved.

The most important part of who he is, at least from where I stand, is that he is a father. If I had to describe his life in one way, it would be that so much of it revolved around his son, Atlas. Not just in what he said, but in how he lived.

When I had to empty his home, it really hit me in a way I wasn't expecting. Almost every wall had photos of his son. The home was filled with things tied to him (toys, sports equipment, games, etc.) all of it pointing to how much of his world revolved around being a dad. It didn't feel like someone who just "had a child." It felt more like someone whose life was built around showing up for him.

And that's the part I keep coming back to, Atlas. Atlas has spent the last week with me, and I have been able to see firsthand what this has done to him. He is scared in a way that breaks my heart - scared for his dad, scared about what comes next, scared in ways a child simply should not have to carry. He talked about his dad constantly. He cried. He asked questions I didn't know how to answer. Watching him move through those days, I saw a little boy who is deeply lost without his father.

I think about Atlas constantly. About what it means for a child to grow up without his father there day-to-day. About the questions he'll have, the confusion and weight he'll carry, the moments that won't be shared. It's hard to put into words what that loss really looks like over time, but I know it doesn't end when this case ends. It follows him.

This has also been incredibly hard on me in ways I didn't fully expect. My parents are gone, and my two brothers are the only immediate family I have left. I couldn't have children of my own, so my family has always meant everything to me. In a lot of ways, I feel like I carry the emotional weight of all of this… trying to hold things together while also dealing with my own fear.

And I am scared. Every single day.

Erich is 51. Our dad passed away at 65, and our mom at 72. I find myself constantly thinking about his health and safety, and what could happen to him while he's in custody. I worry about getting a phone call I can't undo. That fear sits with me all the time.

I also want to share that Erich has never had any prior criminal history or involvement with law enforcement. He doesn't drink and has never done drugs. That has always been consistent with the way I've known him to live his life, quietly and focused on his son.

I know I don't have all the facts in front of me the way the Court does, and I'm not here to speak to the specifics of his case. I just want you to know that he is more than what is written on paper here. He is a father, a brother, and someone who has been deeply connected to our family for his entire life.

I understand the responsibility the Court carries in weighing serious factors and applying the law. I also recognize that one thing can come to define a person in ways that do not always reflect the full scope of who they are. I hope there is room, in considering this case, to also see the broader context of my brother's life.

This has been devastating for our family in ways that are difficult to fully put into words. I think about Atlas often, and how this moment will shape his life in ways he cannot yet understand. I also think about my brother, not as a case, but as the person I have known my entire life. I respectfully ask that, in your decision, you hold space for both the gravity of this situation and the reality that there is still a human being, a father, and the possibility of a future beyond this moment.

Thank you for your time and consideration.

Respectfully,
Kristin Zeeb